Michael D. Singer (SBN 115301)
msinger@ckslaw.com
J. Jason Hill (SBN 179630)
jhill@ckslaw.com
**COHELAN KHOURY & SINGER**
605 "C" Street, Suite 200
San Diego, CA 92101-5305
Telephone:  (619) 595-3001
Facsimile:   (619) 595-3000

Counsel for Plaintiffs SHANNON NANGLE and TIMOTHY MYERS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON NANGLE and TIMOTHY MYERS, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>vs.<br><br>PENSKE LOGISTICS, LLC, a Delaware corporation, and DOES 1 through 100, inclusive,<br>              Defendants. | **Case No.  11-CV-00807 CAB (BLM)**<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: The Hon. Cathy Ann Bencivengo<br>Dept:  Courtroom 4C<br>Date:  February 27, 2017<br>Time:  TBD<br><br>*[PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT]*<br><br>Complaint Filed:  February 28, 2011<br>Trial date:          None set |

**TO: ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Plaintiffs SHANNON NANGLE and TIMOTHY MYERS, on behalf of themselves and all others similarly situated, will, and hereby do, move this Court for an Order which has the effect of doing the following:

1) Granting preliminary approval of the Class Action Settlement set forth more particularly in the Settlement Agreement ("Agreement") attached as Exhibit "A" to the Declaration of J. Jason Hill, filed concurrently with this motion;

2) Approving the Notice of Class Action Settlement and Notice of Change of Address Form, attached as Exhibit "1" and "2", respectfully to the Agreement, to be sent to the class which will advise them of the pendency of the class action, the Settlement, the schedule and procedure for participating in the Settlement, the schedule and procedure for filing requests for exclusion of the Settlement or objections to the Settlement, if any, and of the final approval hearing date;

3) Setting a Final Fairness Hearing to consider Final Approval of the proposed settlement; and

4) Setting a hearing date and briefing schedule to consider Plaintiffs' Motion for an Award of Attorney's Fees, Costs and Class Representative Enhancement Awards, to be held concurrently with the Final Fairness Hearing.

This motion is made on the grounds that Plaintiffs SHANNON NANGLE and TIMOTHY MYERS and Defendants PENSKE LOGISTICS, LLC and PENSKE TRUCK LEASING CO., L.P (together, referred to herein as the "Parties") have reached a proposed settlement which they believe to be fair, reasonable and adequate and in the best interests of the class and the Parties.

This motion is based on this Notice Motion, the Memorandum of Points and Authorities in Support thereof, Declaration of J. Jason Hill, the Settlement Agreement and its exhibits, and the [Proposed] Order Granting Preliminary Approval of the Class Action Settlement, filed and served herewith and any other documents or evidence

1 | which the Court may consider to rule on this motion.

Respectfully submitted,

Dated: January 23, 2017         **COHELAN KHOURY & SINGER**

By:    s/ J. Jason Hill
_____
J. Jason Hill
Attorney for Plaintiffs' SHANNON NANGLE
and TIMOTHY MYERS