Michael D. Singer (SBN 115301)
msinger@ckslaw.com
J. Jason Hill (SBN 179630)
jhill@ckslaw.com
**COHELAN KHOURY & SINGER**
605 "C" Street, Suite 200
San Diego, CA 92101-5305
Telephone:  (619) 595-3001
Facsimile:   (619) 595-3000

Counsel for Plaintiffs SHANNON NANGLE and TIMOTHY MYERS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON NANGLE and TIMOTHY MYERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PENSKE LOGISTICS, LLC, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.  11-CV-00807 CAB (BLM)**<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING JUDGMENT; AND (2) AWARD OF ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT AWARDS**<br><br>Judge: The Hon. Cathy Ann Bencivengo<br>Dept:  Courtroom 4C<br>Date:  May 22, 2017<br>Time: 10:00 a.m.<br><br>Complaint Filed:  February 28, 2011<br>Trial date:            None set |

**TO: ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on May 22, 2017, at 10:00 a.m., before the Honorable Cathy Ann Bencivengo in Courtroom 4C of the United States District Court – Southern District of California, located at 221 West Broadway, 4th Floor, San Diego, California 92101, Plaintiffs SHANNON NANGLE and TIMOTHY MYERS, on behalf of themselves and all others similarly situated, will, and hereby do, move this Court for an Order which has the effect of doing the following:

1) Granting Final Approval of Class Action Settlement and Entering Judgment thereon;

2) Awarding Class Counsel attorneys' fees in the sum of up to $125,000 and reimbursement of their litigation costs in the amount of $13,292.07;

3) Approving Class Representative Enhancement Awards of $10,000 to each of the Plaintiffs, SHANNON NANGLE and TIMOTHY MYERS;

4) Approving payment to the California Labor Workforce and Development Agency of $7,500, as its share of the settlement for civil penalties; and

5) Approving payment of the fees and costs of the appointed Settlement Administrator, CPT Group, Inc., of $15,000 for services rendered and to be rendered in connection with the completion of its administrative duties pursuant to the Settlement.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of Class Counsel J. Jason Hill, the Declaration of Tim Cunningham on behalf of CPT Group, Inc., Declarations of Plaintiffs Shannon Deponceau (formerly Nangle) and Timothy Myers, the Motion for Order Granting Preliminary Approval of Class Action Settlement, [Doc. No. 88], the fully-executed Settlement Agreement [Doc. No. 90], the Order Preliminarily Approving Class Settlement [Doc. No. 89] and such other records and files in this class

///

///

action litigation, and such other matters as may be properly presented at or before the hearing.

Respectfully submitted,

Dated: May 1, 2017           **COHELAN KHOURY & SINGER**

By:     s/ J. Jason Hill
J. Jason Hill
Attorney for Plaintiffs' SHANNON NANGLE
and TIMOTHY MYERS

- 2 -
Notice of Motion and Motion for an Order Granting Final Approval of Class Action Settlement
Case No. 11-CV-00807 CAB (BLM)