

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shannon Nangle, on behalf of themselves and all others similarly situated; Tim Myers, on behalf of themselves and all others similarly situated<br><br>　　　　　　　　　　**Plaintiff,**<br><br>V.<br><br>Penske Logistics, LLC, a Delaware corporation; DOES 1 through 100, inclusive<br><br>　　　　　　　　　　**Defendant.** | Civil Action No. 11-cv-00807-CAB-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. The Court Grants final approval of the proposed settlement; 2. The Court Grants In Part Plaintiffs' motion for attorneys' fees, costs and class representative payments]; 3. The Court GRANTS Class Counsel $75,000 in attorneys' fees and $13,292.07 in costs from the common fund; 4. The Court Grants class representative enhancement awards of $2,000 each to Plaintiffs Nangle and Myers to be paid from the common fund; 5. The Court Grants $7,500 to be paid to the California Labor and Workforce Development Agency from the common fund as penalties; 6. The Court Grants $15,000 in settlement administration costs to be paid from the common fund to CPT Group, Inc.; Judgment is hereby entered on the terms set forth above. The Clerk of the Court shall close this case. It is So Ordered.

Date:　　　6/21/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Gutierrez
　　　　　　　　　　　J. Gutierrez, Deputy